J. W. NUNN et ux., Plaintiffs in Error, v. The CITIZENS NATIONAL BANK OF TYLER, TEXAS, et al., Defendants in Error.

No. 5002.

Court of Civil Appeals of Texas. Texarkana.

Oct. 1, 1936.

D. E. Killam, of Tyler, for plaintiffs in error.

W. R. Castle, of Tyler, for defendants in error.

SELLERS, Justice.

This is an appeal by writ of error prosecuted by J. W. Nunn and his wife from a default judgment entered against them in the district court of Smith county. The assignments of error in plaintiffs in error's brief, in our opinion, are well taken. Defendants in error have confessed error by filing their admission of such, and request that the judgment be reversed and the cause remanded, and it is so ordered.